UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL FARID PUBLISHING AND DISTRIBUTION COMPANY,

Plaintiff,

-against-

GOVERNMENT OF THE REPUBLIC OF IRAQ, ET AL.,

Defendants.

25 CIVIL 7847 (JHR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, Defendants' motion to dismiss this action is GRANTED. Accordingly, complaint is dismissed for want of jurisdiction and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**